February 2, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

DAVID LORENZA JOYNER, Appellant

NO. 14-11-00990-CR        V.

THE STATE OF TEXAS, Appellee

_____

       This cause was heard on the motion of the appellant to withdraw notice of appeal. Having considered the motion the Court orders the appeal **DISMISSED** and further orders this decision certified below for observance.

       We further order the Clerk of this Court to issue the mandate immediately.